7-2-13

AW 13 CR 0349

To Whom It May Concern:

I wish to appeal the attached citation for the following reasons:

① The military police officer that pulled me over did not appear in court.

② The military police officer that issued me the citation was not the same person that pulled me over.

\* Please see the attached copy of the citation and my statement.

Respectfully Submitted,

Jonathan Edward Rosso