To Whom It May Concern:                                    Monday, June 24, 2013

On the night of March 21, 2013, I was pulled over by a military police officer after leaving the
gymnasium and making a left turn onto Arkansas Road.  The police officer informed me that he
pulled me over because he saw me drive past a stop sign without stopping my vehicle.  When I
attempted to explain that I did stop before the stop sign, I felt that the police officer verbally
cut me off.  I chose not to argue, and remained silent with the exception of answering all
questions and obeying all commands.  I was instructed to wait in my vehicle for what seemed
like an unusually long period of time, and never given a clear explanation or reason.  After
waiting, another military police officer approached my vehicle and instructed me to sign a
citation stating that I had failed to stop at the stop sign line.

I do not understand how one police officer can pull me over and accuse me of one violation,
(failure to stop at a stop sign), while another police officer, who is not the person that pulled
me over, can issue a citation accusing me of a totally different violation (failure to stop at a stop
sign line).  The stop sign and corresponding line at this particular intersection are not exactly
parallel to each other, and it is possible to stop before the stop sign or before the stop sign line.
One name, Holly Ward (Officer No. W9589), appears on the citation.  I have done nothing
wrong.  Prior to this incident, I had never been issued any citations for moving or parking
violations on Joint Base Andrews. I continue to obey all traffic laws.

                                        Respectfully Submitted,

                                        Jonathan Edward Rosero