# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

AW 13 CR 0349

## DISPOSITION SHEET

☐ USMJ Connelly   ☐ USMJ Day   ☐ USMJ DiGirolamo   ☐ USMJ Schulze   ☐ Other

☐ AAFB   ☐ Annapolis   ☐ Ft. Detrick   ☐ Greenbelt   ☐ Pax. River

NAME: Rosero, Jonathan          DATE: 6/24/13

DOCKET NO.: 3557827             DATE OF OFFENSE: _____

COUNSEL: _____        TAPE #: _____   LINE: _____
AFPD()   CJA()   RET()          TO #: _____    LINE: _____

OFFICER/USPO/AGENT: _____     AUSA/SAUSA: _____

- ☐ FELONY
- ☐ MISDEMEANOR
- ☐ PETTY OFFENSE
- ☐ INITIAL APPEARANCE
- ☐ DETENTION HEARING/P.E
- ☐ BOND REVIEW
- ☐ RULE 11 PLEA
- ☐ TRIAL
- ☐ PSI REQUESTED
- ☐ SENTENCING
- ☐ P.V. - I.A.
- ☐ P.V. - REV. HEARING
- ☐ WRIT (H.C.)
- ☐ COMPLAINT FLD.
- ☐ CONSENT FLD.
- ☐ M/TO SUPPRESS
- ☐ M/IN LIMINE
- ☐ M/DISCOVERY
- ☐ OTHER:

- ☐ FINANCIAL AFFIDAVIT
- ☐ DEFENDANT TO RETAIN COUNSEL
- ☐ COURT TO APPOINT COUNSEL
- ☐ AFPD _____
- ☐ CJA _____
- ☐ PROMISE TO APPEAR
- ☐ PR RELEASE
- ☐ BOND SET
- ☐ DETAINED
- ☐ JUDGMENT (J&C)
- ☐ REMAND BALT.
- ☐ REMAND GB
- ☐ REMAND OTHER _____
- ☐ NEXT COURT DATE _____

COUNT #1: Stop Sign
CODE: _____

N6/G

COUNT #2: _____
CODE: _____

$100 F
$5 SA
COUNT #3: _____
CODE: _____
$25 PT
$130 total

COUNT #4: _____
CODE: _____

appeal w/4 days

301-344-0660

*Original - Court   •   Copies - Defendant and U.S. Attorney*

Disposition Sheet (12/2000)