RECEIVED IN THE CHAMBERS OF
DEBORAH K. CHASANOW

JAN 7 2014

UNITED STATES DISTRICT JUDGE

January 2, 2014

Dear Judge Chasanow:

One of my primary reasons for filing an appeal was the fact that Senior Airman Lozano, the military police officer who pulled me over, failed to appear in court. I have filed a brief with one additional argument. According to the Government's Memorandum of Law in Opposition to the Defendant's Appeal, Officer Holly Ward saw a silver Dodge Grand Caravan pass a stop sign and stop sign line without making a complete stop. My Dodge Grand Caravan is blue. I have included the following items:

1. Copy of your instructions
2. Copy of the citation
3. Copy of my prepared statement
4. Government's Memorandum of Law in Opposition to the Defendant's Appeal
5. Copy of the CarMax vehicle description (provided during purchase)
6. Copy of Maryland Certificate of Title
7. Five photographs (two of my vehicle, and three from the location of the incident)

Respectfully Submitted,

Jonathan Edward Rosero